UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLY BONNELL, ESTATE OF MARY HAYDUCKA, AND NELSON HAYDUCKA,<br><br>Plaintiffs,<br><br>v.<br><br>CABO AZUL RESORT and PACIFIC MONARCH RESORT, INC.,<br><br>Defendants. | 2:08-cv-00910-PMP-VCF<br><br>ORDER |

  In light of the parties' settlement, IT IS ORDERED that this action is hereby DISMISSED.

DATED: October 2, 2012

_____
PHILIP M. PRO
United States District Judge