UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KIMBERLY BONNELL, ESTATE OF MARY HAYDUCKA, AND NELSON HAYDUCKA,

    Plaintiffs,

v.

CABO AZUL RESORT and PACIFIC MONARCH RESORT, INC.,

    Defendants.

2:08-cv-00910-PMP-VCF

ORDER

In light of the parties' settlement, IT IS ORDERED that this action is hereby DISMISSED.

DATED:  October 2, 2012

_____
PHILIP M. PRO
United States District Judge