1  JORGE RAMIREZ, ESQ.
   Nevada Bar No. 6787
2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   300 South Fourth Street, 11th Floor
3  Las Vegas, NV 89101
   Jorge.Ramirez@wilsonelser.com
4  (702) 727-1400; FAX (702) 727-1401
   Attorneys for defendant PACIFIC MONARCH RESORTS, INC.
5  (improperly named as owner of a resort commonly known as CABO AZUL RESORT)

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8  KIMBERLY BONNELL, individually and as          )   Case No.:  2:08-cv-00910-PMP-VCF
   Special Administrator to the ESTATE OF MARY    )
9  HAYDUCKA; NELSON HAYDUCKA,                     )
   individually,                                  )
10                                                )
                                                  )
11                Plaintiffs,                     )
                                                  )
12 vs.                                            )   STIPULATION AND ORDER FOR
                                                  )   DISMISSAL WITH PREJUDICE
13 CABO AZUL RESORT, a timeshare resort;          )
   owned by PACIFIC MONARCH RESORT, INC.,         )
14 which is a registered foreign corporation in the )
   State of Nevada, doing business in Nevada;     )
15 RESORT DOES I through X; ROES I through X,     )
                                                  )
16                Defendants.                     )
   _____)

17
         Plaintiff KIMBERLY BONNELL, individually and as Special Administrator to the ESTATE
18
   OF MARY HAYDUCKA; NELSON HAYDUCKA, by and through their attorneys of record,
19
   MURDOCK AND ASSOCIATES, and Defendant CABO AZUL RESORT, a timeshare resort;
20
   owned by PACIFIC MONRACH RESORT, INC., by and through its undersigned attorneys of
21
   record, hereby agree and stipulate to dismiss all claims brought by Plaintiffs against Defendant
22
   CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC., with
23
   prejudice, each party to bear their own fees and costs.
24
   . . .
25
   . . .
26
   . . .
27
28


428822.1

| | |
|---|---|
| Dated this 27 day of Sept., 2012<br>**MURDOCK & ASSOCIATES**<br><br>_____<br>Robert E. Murdock, Esq.<br>MURDOCK & ASSOCIATES, CHTD.<br>520 S. 4th St., 2nd Floor<br>Las Vegas, NV 89101<br>Attorney for Plaintiff, Plaintiff KIMBERLY BONNELL, individually and as Special Administrator to the ESTATE OF MARY HAYDUCKA; NELSON HAYDUCKA | Dated this 30th day of September, 2012<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br><br>_____<br>Jorge A. Ramirez, Esq.<br>Nevada Bar No. 6787<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant, CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC |

## ORDER

The parties have stipulated and agreed to the dismissal of Plaintiffs' claims against Defendant CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC with prejudice, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint as to Defendant CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC be dismissed with prejudice, each party to bear their own respective attorneys' fees and costs herein.

IT IS SO ORDERED.

Dated this 2nd day of ~~September~~ October, 2012.

_____
DISTRICT COURT JUDGE

*Respectfully submitted by:*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant, CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC

2

428822.1