JORGE RAMIREZ, ESQ.
Nevada Bar No. 6787
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Jorge.Ramirez@wilsonelser.com
(702) 727-1400; FAX (702) 727-1401
Attorneys for defendant PACIFIC MONARCH RESORTS, INC.
(improperly named as owner of a resort commonly known as CABO AZUL RESORT)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY BONNELL, individually and as Special Administrator to the ESTATE OF MARY HAYDUCKA; NELSON HAYDUCKA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONARCH RESORT, INC., which is a registered foreign corporation in the State of Nevada, doing business in Nevada; RESORT DOES I through X; ROES I through X,<br><br>Defendants. | Case No.:   2:08-cv-00910-PMP-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff KIMBERLY BONNELL, individually and as Special Administrator to the ESTATE OF MARY HAYDUCKA; NELSON HAYDUCKA, by and through their attorneys of record, MURDOCK AND ASSOCIATES, and Defendant CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC., by and through its undersigned attorneys of record, hereby agree and stipulate to dismiss all claims brought by Plaintiffs against Defendant CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC., with prejudice, each party to bear their own fees and costs.

...

...

...

428822.1

Dated this 27 day of Sept., 2012
MURDOCK & ASSOCIATES

_____
Robert E. Murdock, Esq.
MURDOCK & ASSOCIATES, CHTD.
520 S. 4th St., 2nd Floor
Las Vegas, NV 89101
Attorney for Plaintiff, Plaintiff KIMBERLY BONNELL, individually and as Special Administrator to the ESTATE OF MARY HAYDUCKA; NELSON HAYDUCKA

Dated this 30th day of September, 2012
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant, CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC

## ORDER

The parties have stipulated and agreed to the dismissal of Plaintiffs' claims against Defendant CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC with prejudice, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint as to Defendant CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC be dismissed with prejudice, each party to bear their own respective attorneys' fees and costs herein.

IT IS SO ORDERED.

Dated this 2nd day of ~~September~~ October, 2012.

_____
DISTRICT COURT JUDGE

*Respectfully submitted by:*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant, CABO AZUL RESORT, a timeshare resort; owned by PACIFIC MONRACH RESORT, INC

2

428822.1